UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

FILED
1:20 pm, May 01, 2024
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
By: Nassil Al Adhami, Deputy Clerk

QUINCY D BROWN   )
                 )
         Plaintiff(s)  )
                 )
                 )
vs.              )  CASE NO CIV-23-650-HE
                 )
CORECIVIC CIMARRON )
CORRECTIONS et al., )
         Defendant(s) )

## CHANGE OF ADDRESS

To the Clerk of this court and all parties of record:

Please note my change of address in the above styled case:

Quincy D Brown
**Print Name**

#27911-509
**Prisoner ID Number**

1323 Champlain St
**New Address**

Toledo            Ohio              43604
**City**          **State**         **Zip Code**

_[signature]_
**Signature**

Rvsd 03-16

## Certificate of Service

I hereby certify that on (date) 04/11/2024, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

I hereby certify that on (date) _____, I filed the attached document with the Clerk of Court and served the attached document by (service method) _____ on the following, who are not registered participants of the Electronic Case Filing System: (insert names and addresses)

_____
Signature

Rvsd 03-16