Quincy Brown #87AN984
1323 Champlain St.
Toledo, Ohio 43604

METROPLEX MI 480

23 APR 2024  PM 10 L

RECEIVED

MAY 01 2024

Clerk, U.S. District Court
WEST. DIST. OF OKLA.

U.S. District Court
200 N.W. 4th street
Suite 1210
Oklahoma City, OK
73102

73102-302710