IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| QUINCY D. BROWN, | ) |
|               Plaintiff, | ) |
| vs. | ) No. CIV-23-650-HE |
| CORECIVIC CIMARRON CORRECTIONS, et al., | ) |
|              Defendants. | ) |

## ORDER

Plaintiff Quincy D. Brown brought this action pursuant to 42 U.S.C. § 1983, seeking relief for alleged constitutional violations during his incarceration at the Cimarron Correctional Facility. On October 31, 2024, U.S. Magistrate Judge Suzanne Mitchell issued a Report and Recommendation recommending the court grant defendants' motion to dismiss, dismiss plaintiff's complaint in its entirety without prejudice, and decline to exercise supplemental jurisdiction over plaintiff's state claims, to the extent that he has raised any. Plaintiff was advised of his right to object to the Report and Recommendation by November 22, 2024. No objection has been filed. Plaintiff has therefore waived his right to appellate review of the factual and legal issues addressed in the report. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #48], **GRANTS** defendants' motion to dismiss [Doc. #43], **DECLINES** to exercise supplemental jurisdiction over plaintiff's state law claims, and **DISMISSES** plaintiff's complaint in its entirety without prejudice.

**IT IS SO ORDERED.**

Dated this 9th day of December, 2024.

                                                  JOE HEATON
                                                  UNITED STATES DISTRICT JUDGE